```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., : | |
| : | CIVIL ACTION NO. 07-821 (MLC) |
| Plaintiff,   : | |
| : | **O R D E R** |
| v.          : | |
| : | |
| CELLCO PARTNERSHIP,       : | |
| : | |
| Defendant.   : | |

    For the reasons stated in the Court's memorandum opinion, **IT IS** on this 7th day of August, 2007, **ORDERED** that the order to show cause why the Court should not (1) direct the parties to proceed before the Federal Communications Commission and the appropriate local public utilities commissions, and (2) stay and administratively terminate the action, with leave to reopen for good cause shown, pending determinations by the Federal Communications Commission and the appropriate local public utilities commissions (dkt. entry no. 15) is **GRANTED**; and

    **IT IS FURTHER ORDERED** that the plaintiff will institute proceedings before the Federal Communications Commission, and — if necessary — the appropriate local public utilities commissions, concerning all of the claims asserted in the complaint here; and

    **IT IS FURTHER ORDERED** that the action is **STAYED** and **ADMINISTRATIVELY TERMINATED** with leave to reopen, on good cause shown; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

        s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge